UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MUNOZ,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT ADAMS, Warden,<br><br>        Respondent. | 1:07-CV-01267 GSA HC<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated December 3, 2007, this case was assigned to the undersigned for all purposes, including entry of final judgment.

      On January 7, 2008, the undersigned issued an order in which it was determined that the instant petition was a mixed petition containing exhausted and unexhausted claims. The Court granted Petitioner an opportunity to file a motion to withdraw the unexhausted claims in lieu of suffering dismissal of the action. Petitioner was informed that should he fail to file a motion to withdraw the unexhausted claims, the Court would assume he desired to return to state court and would therefore dismiss the petition without prejudice. Petitioner was granted thirty (30) days to file

1  his motion. Over thirty (30) days have now passed and Petitioner has not filed a motion or otherwise
2  responded to the Court's order.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE. Petitioner is forewarned that in the event he returns to federal court and files a mixed petition of exhausted and unexhausted claims, the petition may be dismissed with prejudice. Slack v. McDaniel, 529 U.S. 473, 489 (2000); and

2) The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

Dated:  **February 28, 2008**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California       cd                     2